No. 164. BELAVAL, PETICIONARIO, *v.* CÓRDOVA·DÁVILA, JUEZ DE DISTRITO.—*Certiorari.* Julio 28, 1916. *Anulado el auto expedido.*

No. 1540. GONZÁLEZ, APELADA, *v.* SUCESIÓN VIRELLA, APELANTE.—Daños y perjuicios. Guayama. Julio 28, 1916. *Desestimada la apelación.*

No. 1029. EL PUEBLO, APELADO, *v.* CARTAGENA ET AL., APELANTES.—

No. 1033. EL PUEBLO, APELADO, *v.* GONZÁLEZ, APELANTE.—

No. 1035. EL PUEBLO, APELADO, *v.* RIVERA, APELANTE.—

Juegos prohibidos (*loto*). San Juan, Sección Segunda. Julio 28, 1916. *Revocadas las sentencias y absueltos los acusados, por los fundamentos de* El Pueblo *v.* Marcano *et al., pág. 476.*

No. 1576. NEGRÓN & HERNÁNDEZ, APELADOS, *v.* SUCESIÓN JIMÉNEZ, APELANTE.—Cobro de dinero. Ponce.

No. 1577. ABOLAFIA, APELANTE, *v.* ALONSO, APELADA.—Divorcio. Arecibo.

No. 1578. LUGO ET AL. *v.* BALASQUIDE Y CO. ET AL.—Reposición de una inscripción de hipoteca. Ponce.

Noviembre 7, 1916. *Desestimadas las apelaciones.*

No. 166. CAPÓ, PETICIONARIO, *v.* MANZANO, JUEZ MUNICIPAL.—

No. 167. GONZÁLEZ, PETICIONARIO, *v.* FOOTE, JUEZ DE DISTRITO, DEMANDADO.—

*Certiorari.* Noviembre 7, 1916. *Sin lugar las solicitudes.*

No. 1045. EL PUEBLO, APELADO, *v.* FRANQUIS, APELANTE.—Infracción artículo 370 del Código Penal. Humacao. Noviembre 9, 1916. *Confirmada la sentencia.*